**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-8031**

———————

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

    v.

DONNA MARIE GEORGE,

        Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (1:09-cr-00431-JCC-1)

———————

Submitted:  May 31, 2016          Decided:  June 16, 2016

———————

Before DUNCAN, FLOYD, and HARRIS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Donna Marie George, Appellant Pro Se. Jenny R. Hernandez, Kathryn Anne Kimball, Eugene Joseph Rossi, OFFICE OF THE UNITED STATES ATTORNEY, Edward Joseph Reilly, III, Stacey Elizabeth Rohrs, Special Assistant United States Attorneys, Joshua L. Rogers, Karen Ledbetter Taylor, Assistant United States Attorneys, Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donna Marie George appeals the district court's order denying her motion for a downward departure and application of the safety valve. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. George, No. 1:09-cr-00431-JCC-1 (E.D. Va. Dec. 1, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED